# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matt C. Pierce

Plaintiff

v.

Riddle & Associates, P.C.

Defendants

Case No. Civil 01-1802 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint against Defendant shall be and herewith is dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

DATE: November 26, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk